**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Danny M. Johnson, | ) | |
| | ) | Case No. 1:09-po-002 |
| Defendant. | ) | |

___

On June 2, 2009, the Government filed a document captioned "Dismissal of Violation." It requests leave of court to file dismissal of Violation No. ND 13 PO350595. The court **GRANTS** the Government's request (Docket No. 8) and **ORDERS** that the above-entitled action be **DISMISSED**.

Dated this 15th day of June, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge